UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELLEN MARTINEZ LEBOEUF, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-6257** |
| **ENTERGY CORPORATION** | **SECTION "B"(4)** |

## ORDER

Considering the "Consent Motion for Extension of Time to Respond to Plaintiffs' Amended Complaint" **(R. Doc. 31)** filed by Defendants Entergy Corporation, the Entergy Employee Benefits Committee, and T. Rowe Price Trust Company (collectively, "Defendants"),

**IT IS HEREBY ORDERED** that the Motion (R. Doc. 31) is **GRANTED**. Defendants are granted a fourteen (14) day extension of time to file responsive pleadings to Plaintiff's Amended Complaint (R. Doc. 28) in the above-captioned matter, and shall file such pleadings **no later than Friday, January 19, 2024**; and per confirmation of no objection to the following two actions,

**IT IS FURTHER ORDERED** that the Motion to Dismiss **(R. Doc. 21)** filed by Defendants is **DISMISSED** as moot, without prejudice. *See* R. Doc. 31 at ¶ 4, and

**IT IS FURTHER ORDERED** that the Motion to Dismiss **(R. Doc. 22)** filed by Defendant T. Rowe Price Trust Company is **DISMISSED** as moot, without prejudice. *See* R. Doc. 31 at ¶ 4.

New Orleans, Louisiana this 3rd day of January, 2024

_____
SENIOR UNITED STATES DISTRICT JUDGE