## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**ELLEN MARTINEZ LEBOEUF ET AL.**                    **CIVIL ACTION**

**VERSUS**                                            **NO. 23-6257**

**ENTERGY CORPORATION ET AL.**                        **SECTION "B"(4)**

## <u>JUDGMENT</u>

The Court having granted in part defendants Entergy Corporation and Entergy Corporation Employee Benefits Committee's motion to dismiss the amended complaint and having granted defendant T. Rowe Price Trust Company's motion to dismiss the amended complaint, accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of defendants Entergy Corporation, Entergy Corporation Employee Benefits Committee, and T. Rowe Price Trust Company and against plaintiffs Ellen Martinez LeBoeuf, individually and as adminstratrix of the Estate of Alvin Martinez; Merol Martinez Wells; Andre J. Martinez; and Kara Maria Bachman, dismissing with prejudice plaintiffs' claim for breach of fiduciary duty under the Employee Retirement Income Security Act ("ERISA") of 1974 § 502(a)(3), 29 U.S.C. § 1132(a)(3) for failure to state a claim for which relief can be granted.

New Orleans, Louisiana, this 9th day of August, 2024

SENIOR UNITED STATES DISTRICT JUDGE